# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

ANGELA GROSSO and CAMILLA GROSSO,

     Plaintiffs,

     v.

TOYOTA MOTOR CREDIT CORPORATION
d/b/a LEXUS FINANCIAL SERVICES,
EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., AND TRANS UNION, LLC,

     Defendants.

Case No. 2:25-cv-00630-LEW

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Hillary J. Massey, Esq., enters her appearance as counsel

for Defendant Equifax Information Services LLC ("Equifax") in the above-captioned matter.  Ms.

Massey's contact information is as follows:

> Hillary J. Massey
> Seyfarth Shaw LLP
> Two Seaport Lane, Suite 1200
> Boston, Massachusetts  02210-2028
> Telephone:  (617) 946-4800
> Email: hmassey@seyfarth.com

323336421v.1

-2-

DATED: February 4, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By: */s/ Hillary J. Massey*

    Hillary J. Massey (Maine 004449)
    hmassey@seyfarth.com
    SEYFARTH SHAW LLP
    Seaport East
    Two Seaport Lane, Suite 1200
    Boston, Massachusetts  02210-2028
    Telephone:  (617) 946-4800
    Facsimile:  (617) 946-4801

*Counsel for Defendant*
*Equifax Information Services LLC*

323336421v.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2026, I presented the foregoing NOTICE OF APPEARANCE OF COUNSEL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Hillary J. Massey
Hillary J. Massey
*Counsel for Defendant*
*Equifax Information Services LLC*

323336421v.1