# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

ANGELA GROSSO and CAMILLA GROSSO,

    Plaintiffs,

    v.

TOYOTA MOTOR CREDIT CORPORATION
d/b/a LEXUS FINANCIAL SERVICES,
EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., AND TRANS UNION, LLC,

    Defendants.

Case No. 2:25-cv-00630-LEW

## DISCLOSURE STATEMENT OF EQUIFAX INFORMATION SERVICES LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Defendant Equifax Information Services LLC, ("Equifax"), by and through its undersigned attorneys, and pursuant to Fed. R. Civ. P. 7.1, states that Equifax is a wholly-owned company of Equifax, Inc., which is a publicly traded company on the NYSE.  No other entity owns 10% or more of Equifax's stock.

DATED: February 4, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/Hillary Massey*

    Hillary Massey (Maine 004449)
    hmassey@seyfarth.com
    SEYFARTH SHAW LLP
    Two Seaport Lane, Suite 1200
    Boston, Massachusetts  02210-2028
    Telephone:  (617) 946-4800
    Facsimile:  (617) 946-4801

*Counsel for Defendant*
*Equifax Information Services LLC*

323336419v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 4, 2026, I presented the foregoing DISCLOSURE STATEMENT OF EQUIFAX INFORMATION SERVICES LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<div style="margin-left: 40%;">

*/s/ Hillary Massey*
Hillary Massey
*Counsel for Defendant*
*Equifax Information Services LLC*

</div>

323336419v.1