IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

ANGELA GROSSO and CAMILLA GROSSO,

Plaintiffs,

v.

TOYOTA MOTOR CREDIT CORPORATION
d/b/a LEXUS FINANCIAL SERVICES,
EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., AND TRANS UNION, LLC,

Defendants.

Case No. 2:25-cv-00630-LEW

## CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Defendant Equifax Information Services LLC ("Equifax"), by its counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 7.1, respectfully requests an extension of time, through and including March 30, 2026[1], to respond to Plaintiffs' Complaint, and in support thereof states:

1.      On December 17, 2025, Plaintiffs filed a Complaint in the United States District Court for the District of Maine, entitled *Angela Grosso and Camilla Grosso v. Equifax, Inc.*; Case No. 2:25-cv-00630-LEW.  (ECF No. 1)

2.      Equifax was served via process service on its registered agent, Corporation Service Company, on January 21, 2026.

---

[1] Plaintiff's counsel agreed to a forty-five day extension.  Forty-five days after February 11, 2026 would be a Saturday, moving the deadline to Monday, March 30, 2026.  Fed. R. Civ. P. 6(a)(1)(C).

323336420v.1

3.      Pursuant to Rules 8 and 12 of the Federal Rule of Civil Procedure, Equifax must file its responsive pleading by February 11, 2026.

4.      Equifax and its counsel require additional time to investigate and respond to the allegations and claims made by Plaintiffs.  Accordingly, Equifax respectfully requests an extension of the deadline to respond to Plaintiffs' Complaint, up to and including March 30, 2026.

5.      This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party.  This extension of time will allow Equifax sufficient time to fully investigate the allegations and claims raised by Plaintiffs' Complaint, confer with counsel, and prepare its response.  This is Defendant Equifax's first request for an extension of time.

6.      On January 29, 2026, Equifax's counsel conferred with Plaintiffs' counsel regarding the basis for this request and its need for an extension.  Plaintiffs' counsel had no objection and provided assent to the requested extension.

WHEREFORE, Equifax respectfully requests that this Court grant its request for an extension of time to respond to Plaintiffs' Complaint, up to and including March 30, 2026.  A Proposed Order is attached hereto.

-2-

-3-

Dated: February 4, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By: */s/ Hillary J. Massey*
    Hillary J. Massey (Maine 004449)
    hmassey@seyfarth.com
    SEYFARTH SHAW LLP
    Seaport East
    Two Seaport Lane, Suite 1200
    Boston, Massachusetts  02210-2028
    Telephone:  (617) 946-4800
    Facsimile:  (617) 946-4801

    Samin Hessami, *Pro Hac Anticipated*
    shessami@seyfarth.com
    SEYFARTH SHAW LLP
    700 Milam Street, Suite 1400
    Houston, Texas  77002-2812
    Telephone:  (713) 238-1847
    Facsimile:  (713) 821-0711


*Counsel for Defendant*
*Equifax Information Services LLC*

323336420v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 4, 2026, I presented the foregoing CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Hillary J. Massey*
Hillary J. Massey
*Counsel for Defendant*
*Equifax Information Services LLC*

323336420v.1