# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| ANGELA GROSSO and CAMILLA GROSSO,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CREDIT CORPORATION d/b/a LEXUS FINANCIAL SERVICES, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 2:25-cv-00630-LEW |

## NOTICE OF APPEARANCE

The Clerk will please enter my appearance on behalf of Defendant Experian Information

Solutions, Inc. in the above-captioned action.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

By its attorney,

Dated: February 6, 2026

/s/ Seth W. Brewster
Seth W. Brewster
Attorney for Defendant
Experian Information Solutions, Inc.

JENSEN BAIRD
10 Free Street
P.O. Box 4150
Portland, ME 04112-4150
(207) 775-7271
sbrewster@jensenbaird.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2026, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the parties registered with the CM/ECF system.


Dated:  February 6, 2026                               /s/ Seth W. Brewster
                                                       Seth W. Brewster