**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| ANGELA GROSSO and CAMILLA GROSSO, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 2:25-cv-00630-LEW |
| TOYOTA MOTOR CREDIT CORPORATION d/b/a LEXUS FINANCIAL SERVICES, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), certifies that the following listed parties have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1.　　Parent Companies: The ultimate parent company of Experian is Experian PLC.

2.　　Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian PLC that are not wholly owned:

(a)　　Central Source LLC

(b)　　Online Data Exchange LLC

(c)　　New Management Services LLC

(d)　　VantageScore Solutions LLC

(e)　　Opt-Out Services LLC

1

3.    Publicly Held Companies:  Experian PLC owns 100 percent of Experian.

Experian PLC is a Jersey, Channel Islands company which is publicly traded on the London

Stock Exchange.

                                                    EXPERIAN INFORMATION
                                                    SOLUTIONS, INC.,

                                                    By its attorney,

Dated:  February 6, 2026                            /s/ Seth W. Brewster
                                                    Seth W. Brewster
                                                    Attorney for Defendant
                                                    Experian Information Solutions, Inc.


JENSEN BAIRD
10 Free Street
P.O. Box 4150
Portland, ME 04112-4150
(207) 775-7271
sbrewster@jensenbaird.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2026, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the parties registered with the CM/ECF system.

Dated:  February 6, 2026                                    /s/ Seth W. Brewster
                                                                      Seth W. Brewster

3