**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

ANGELA GROSSO and CAMILLA         )
GROSSO,                            )
                                   )
        Plaintiffs,                )
                                   )
    v.                             )
                                   )            Case No. 2:25-cv-00630-LEW
TOYOTA MOTOR CREDIT                )
CORPORATION d/b/a LEXUS FINANCIAL  )
SERVICES, EQUIFAX INFORMATION      )
SERVICES LLC, EXPERIAN             )
INFORMATION SOLUTIONS, INC., AND   )
TRANS UNION, LLC,                  )
                                   )
        Defendants.                )

**ASSENTED TO MOTION FOR EXTENSION OF**
**TIME TO FILE RESPONSIVE PLEADING**

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned attorney, respectfully moves this Court for an order extending Experian's time to answer or otherwise plead up to and including March 13, 2026. In support of this Motion, the parties stipulate to the following:

1.      Plaintiffs Camilla Grosso and Nicole Grosso ("Plaintiffs") filed their Complaint against Experian on or about December 17, 2025.

2.      Plaintiff served his executed summons on Experian on January 21, 2026. Experian's answer is due February 11, 2026.

3.      On February 6, 2026 counsel for Experian wrote to counsel for Plaintiff, requesting additional time to respond to the complaint, and counsel for Plaintiff agreed on February 9, 2026.

4.      Accordingly, Experian seeks an order from this Court extending Experian's time to answer or otherwise plead up to and including March 13, 2026, so that Experian may investigate the allegations of the Complaint and prepare an appropriate response.

5.      This is the first request for additional time sought by Experian in this action.

6.      This extension is sought in good faith and not for the purposes of delay.  Neither party will be prejudiced by this extension.

7.      Experian herein agrees to waive any objections to any defects in service.

8.      Experian's counsel has conferred with Plaintiff's counsel regarding the relief requested herein.  Plaintiff's counsel does not oppose the relief sought.

WHEREFORE, for the foregoing reasons, Defendant Experian Information Solutions, Inc. respectfully requests that this Court extend its time to answer or otherwise plead until March 13, 2026.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

By its attorney,

Dated:  February 10, 2026

/s/ *Seth W. Brewster*
Seth W. Brewster
Attorney for Defendant
Experian Information Solutions, Inc.

JENSEN BAIRD
10 Free Street
P.O. Box 4150
Portland, ME 04112-4150
(207) 775-7271
sbrewster@jensenbaird.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 10, 2026, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the parties registered with the CM/ECF system.

Dated:  February 10, 2026                    /s/ *Seth W. Brewster*
                                                 Seth W. Brewster