**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| ANGELA GROSSO and CAMILLA GROSSO,     ) | |
|     ) | |
| Plaintiffs,     ) | |
|     ) | |
| vs.     ) | No. 2:25-cv-00630-LEW |
|     ) | |
| TOYOTA MOTOR CREDIT CORPORATION     ) | |
| d/b/a LEXUS FINANCIAL SERVICES;     ) | |
| EQUIFAX INFORMATION SERVICES LLC;     ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; ) | |
| and TRANS UNION LLC;     ) | |
|     ) | |
| Defendants.     ) | |

**NOTICE OF APPEARANCE OF MICAH A. SMART**

Please enter the appearance of Micah A. Smart and the firm of Murray, Plumb & Murray

as counsel for Defendant, Trans Union, LLC, in the above-entitled matter.


Dated:  February 12, 2026

/s/ Micah A. Smart, Esq.
Micah A. Smart, Esq.
MURRAY, PLUMB & MURRAY
75 Pearl Street, P.O. Box 9785
Portland, ME  04104-5085
(207) 699-0052
Email:  msmart@mpmlaw.com