**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| ANGELA GROSSO and CAMILLA GROSSO, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 2:25-cv-00630-LEW |
| | ) | |
| TOYOTA MOTOR CREDIT CORPORATION | ) | |
| d/b/a LEXUS FINANCIAL SERVICES; | ) | |
| EQUIFAX INFORMATION SERVICES LLC; | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; | ) | |
| and TRANS UNION LLC; | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT TRANS UNION, LLC'S CONSENT**
**MOTION FOR EXTENSION OF TIME TO ANSWER OR**
**OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant Trans Union LLC ("Trans Union"), by and through its attorney of record, and pursuant to Fed. R. Civ. P. 6(b)(l)(A), files this Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint and states as follows:

1.      Plaintiffs, Angela and Camilla Grosso, filed the Complaint in this action on December 17, 2025. Trans Union was served with the Complaint on January 21, 2026.

2.      The current deadline for Trans Union to answer or otherwise respond to the Complaint is February 12, 2026. Trans Union requests an extension of that deadline, up to and including March 12, 2026.

3.      Trans Union needs additional time to locate and assemble the documents relating to Plaintiffs' credit file and any dispute submitted by Plaintiffs. In addition, Trans Union's counsel needs additional time to review Trans Union's documents and respond to the allegations in the Complaint.

4.      Plaintiffs have agreed to the requested extension.

5.      This Consent Motion is filed prior to the expiration of time to answer, plead or otherwise respond under Rule 12(a) of the Federal Rules of Civil Procedure.

5.      The extension sought by Trans Union is made in good faith, it will not prejudice the orderly administration of this matter, and no party will be prejudiced by the extension.

6.      Trans Union does not request oral argument on this Motion.

7.      No prior extension of this deadline has been requested.

WHEREFORE, for the reasons stated herein, Defendant Trans Union respectfully requests that this Court grant Trans Union's Consent Motion for Extension of Time to File its Answer or Otherwise Respond to Plaintiffs' Complaint and Order that Defendant Trans Union has until on or before March 12, 2026, to file its answer or otherwise respond to Plaintiffs' Complaint.

Respectfully submitted,

/s/ Micah A. Smart
Micah A. Smart, Esq.  (005771)
Murray Plumb & Murray
75 Pearl Street
P.O. Box 9785
Portland, ME  04104-5085
Telephone:  (207) 699-0052
Fax:  (207) 773-8023
E-Mail:  msmart@mpmlaw.com

Local Counsel for Defendant Trans Union LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **12th day of February, 2026**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Evan S. Rothfarb, Esq. erothfarb@consumerprotection.com | Thomas A. Cox, Esq. tacsail@icloud.com |
| Hillary J. Massey, Esq. hmassey@seyfarth.com | Samin Hessami, Esq. shessami@seyfarth.com |
| Connor G. Scholes, Esq. cscholes@jonesday.com | Seth W. Brewster, Esq. sbrewster@jensenbaird.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **12th day of February, 2026**, properly addressed as follows:

| | |
|---|---|
| None. | |

/s/ Micah A. Smart
Micah A. Smart, Esq.  (005771)
Murray Plumb & Murray
75 Pearl Street
P.O. Box 9785
Portland, ME  04104-5085
Telephone:  (207) 699-0052
Fax:  (207) 773-8023
E-Mail:  msmart@mpmlaw.com

*Local Counsel for Defendant Trans Union LLC*