**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| ANGELA GROSSO and CAMILLA GROSSO, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 2:25-cv-00630-LEW |
| | ) | |
| TOYOTA MOTOR CREDIT CORPORATION | ) | |
| d/b/a LEXUS FINANCIAL SERVICES; | ) | |
| EQUIFAX INFORMATION SERVICES LLC; | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; | ) | |
| and TRANS UNION LLC; | ) | |
| | ) | |
| Defendants. | ) | |

**TRANS UNION LLC'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Trans Union LLC, by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil

Procedure, states as follows:

Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc.

TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly

traded entity on the New York Stock Exchange under the ticker symbol: TRU.  Massachusetts

Financial Services Company, a publicly traded entity, owns 10% or more of TransUnion's stock.

No public company directly owns 10% or more of the ownership in Trans Union LLC.

Respectfully submitted,


/s/ Micah A. Smart
Micah A. Smart, Esq.  (005771)
Murray Plumb & Murray
75 Pearl Street
P.O. Box 9785
Portland, ME  04104-5085
Telephone:  (207) 699-0052
Fax:  (207) 773-8023
E-Mail:  msmart@mpmlaw.com

*Local Counsel for Defendant Trans Union LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **12th day of February, 2026**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Evan S. Rothfarb, Esq. <br> erothfarb@consumerprotection.com | Thomas A. Cox, Esq. <br> tacsail@icloud.com |
| Hillary J. Massey, Esq. <br> hmassey@seyfarth.com | Samin Hessami, Esq. <br> shessami@seyfarth.com |
| Connor G. Scholes, Esq. <br> cscholes@jonesday.com | Seth W. Brewster, Esq. <br> sbrewster@jensenbaird.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **12th day of February, 2026**, properly addressed as follows:

| | |
|---|---|
| None. | |

/s/ Micah A. Smart
Micah A. Smart, Esq.  (005771)
Murray Plumb & Murray
75 Pearl Street
P.O. Box 9785
Portland, ME  04104-5085
Telephone:  (207) 699-0052
Fax:  (207) 773-8023
E-Mail:  msmart@mpmlaw.com

*Local Counsel for Defendant Trans Union LLC*