**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | | |
|---|---|---|
| ANGELA GROSSO and CAMILLA GROSSO, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TOYOTA MOTOR CREDIT CORPORATION | ) | CIVIL ACTION NO. |
| d/b/a LEXUS FINANCIAL SERVICES, | ) | 2:25-cv-00630-LEW |
| EQUIFAX INFORMATION SERVICES LLC, | ) | |
| EXPERIAN INFORMATION SOLUTIONS, | ) | |
| INC., and TRANS UNION, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF APPEARANCE</u>

Please enter my appearance as counsel for Defendant Toyota Motor Credit Corporation

d/b/a Lexus Financial Services ("TMCC") in the above-captioned matter.


Respectfully submitted this 20th day of February, 2026.


/s/ Oliver Mac Walton
Oliver Mac Walton
DRUMMOND, WOODSUM & MACMAHON
84 Marginal Way, Suite 600
Portland, Maine 04101
Tel: (207) 253-0517
owalton@dwmlaw.com