**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

ANGELA GROSSO and CAMILLA GROSSO,    )
                                                                        )
                    Plaintiffs,                                   )
                                                                        )
v.                                                                      )
                                                                        )
TOYOTA MOTOR CREDIT CORPORATION    )          CIVIL ACTION NO.
d/b/a LEXUS FINANCIAL SERVICES,              )          2:25-cv-00630-LEW
EQUIFAX INFORMATION SERVICES LLC,    )
EXPERIAN INFORMATION SOLUTIONS,       )
INC., and TRANS UNION, LLC,                       )
                                                                        )
                    Defendants.                                 )

**DEFENDANT TOYOTA MOTOR CREDIT CORPORATION D/B/A LEXUS
FINANCIAL SERVICES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFFS' COMPLAINT**

**COMES NOW** Defendant Toyota Motor Credit Corporation d/b/a Lexus Financial

Services ("TMCC"), by and through its undersigned counsel, specifically reserving its right to seek

arbitration of Plaintiffs Angela Grosso and Camilla Grosso's ("Plaintiffs") claims pursuant to the

Federal Arbitration Act, 9 U.S.C. §§ 1, *et seq.*, and moves this Court for an extension of time to

respond to Plaintiffs' Complaint. In support, TMCC states as follows:

1.      On December 17, 2025, Plaintiffs initiated this action by filing a Complaint in this

Court. (Doc. 1.)

2.      TMCC was served via process service on its registered agent on February 2, 2026.

3.      Currently, TMCC's responsive pleading is due on or before February 23, 2026.

4.      TMCC is in the process of reviewing the allegations in the Complaint and

conducting its investigation but needs additional time to prepare an appropriate response to the

Complaint. Additionally, the parties are currently in the early stages of settlement negotiations and

TMCC believes additional time may help the parties reach a resolution of the case without the

parties having to incur potentially unnecessary legal fees. Therefore, TMCC respectfully requests that the Court extend its responsive pleading deadline by thirty (30) days, through and including **March 25, 2026**.

5. This motion is made in good faith and not for the purposes of undue delay.

6. This is TMCC's first request for an extension of time to respond to the Complaint.

7. Plaintiffs' counsel has consented to this extension. Moreover, given that this case has just been commenced, no party will be prejudiced by the relief sought herein.

WHEREFORE, TMCC respectfully requests that this Court grant its request for an extension of time to respond to Plaintiffs' Complaint, up to and including **March 25, 2026**.

Respectfully submitted this 20th day of February, 2026.

/s/ Oliver Mac Walton
Christopher L. Brooks
Oliver Mac Walton
DRUMMOND, WOODSUM & MACMAHON
84 Marginal Way, Suite 600
Portland, Maine 04101
Tel: (207) 253-0517
cbrooks@dwmlaw.com
owalton@dwmlaw.com

Attorneys for Defendant
TOYOTA MOTOR CREDIT CORPORATION
D/B/A LEXUS FINANCIAL SERVICES

2