**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | | |
|---|---|---|
| ANGELA GROSSO and CAMILLA GROSSO, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TOYOTA MOTOR CREDIT CORPORATION | ) | CIVIL ACTION NO. |
| d/b/a LEXUS FINANCIAL SERVICES, | ) | 2:25-cv-00630-LEW |
| EQUIFAX INFORMATION SERVICES LLC, | ) | |
| EXPERIAN INFORMATION SOLUTIONS, | ) | |
| INC., and TRANS UNION, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT TOYOTA MOTOR CREDIT CORPORATION D/B/A LEXUS FINANCIAL SERVICES' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Toyota Motor Credit Corporation d/b/a Lexus Financial Services ("TMCC") hereby submits the following disclosure statement:

TMCC is a wholly owned subsidiary of Toyota Financial Services International Corporation. Toyota Financial Services International Corporation is a wholly owned subsidiary of Toyota Financial Services Corporation. Toyota Financial Services Corporation is a wholly owned subsidiary of Toyota Motor Corporation, which is a publicly held corporation.

Respectfully submitted this 20th day of February, 2026.


*/s/ Oliver Mac Walton*
Christopher L. Brooks, Esq.
Oliver Mac Walton
DRUMMOND, WOODSUM & MACMAHON
84 Marginal Way, Suite 600
Portland, Maine 04101
Tel: (207) 772-1941
cbrooks@dwmlaw.com
owalton@dwmlaw.com

Attorneys for Defendant
TOYOTA MOTOR CREDIT CORPORATION
D/B/A LEXUS FINANCIAL SERVICES

2