**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| ANGELA GROSSO and CAMILLA GROSSO, )<br><br>Plaintiffs, )<br><br>v. )<br><br>TOYOTA MOTOR CREDIT CORPORATION )<br>d/b/a LEXUS FINANCIAL SERVICES, )<br>EQUIFAX INFORMATION SERVICES LLC, )<br>EXPERIAN INFORMATION SOLUTIONS, )<br>INC., and TRANS UNION, LLC, )<br><br>Defendants. ) | CIVIL ACTION NO.<br>2:25-cv-00630-LEW |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for Defendant Toyota Motor Credit Corporation d/b/a Lexus Financial Services ("TMCC") in the above-captioned matter.

Respectfully submitted this 23rd day of February, 2026.

/s/ Christopher L. Brooks
Christopher L. Brooks
DRUMMOND, WOODSUM & MACMAHON
84 Marginal Way, Suite 600
Portland, Maine 04101
Tel: (207) 253-0517
cbrooks@dwmlaw.com