**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| ANGELA GROSSO and <br><br> CAMILLA GROSSO, <br><br>      *Plaintiffs*, <br><br>     v. <br><br> TOYOTA MOTOR CREDIT CORPORATION d/b/a LEXUS FINANCIAL SERVICES, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION, LLC, <br><br>     *Defendants*. | Civil Action No. 2:25-cv-00630-LEW |

**ANSWER AND AFFIRMATIVE DEFENSES OF**
**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

NOW COMES Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and in response to the separately paragraphed allegations of Plaintiffs Angela Grosso and Camilla Grosso's Complaint (the "Complaint"), answers as follows:

**I.      PRELIMINARY STATEMENT**

1.      In response to paragraph 1 of the Complaint, Experian admits that Plaintiffs have alleged actual, statutory, treble and punitive damages, declaratory relief, and statutory attorney's fees and costs pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq* ("FCRA") and the Maine Fair Credit Reporting Act, 10 M.R.S. §1306, *et seq* ("MFCRA").

2.      In response to paragraph 2 of the Complaint, Experian admits that Plaintiffs have alleged damages resulting from allegedly inaccurate reporting of tradelines on their credit reports

and alleged failures to conduct reasonable investigations.  Experian denies that it is liable to Plaintiffs for any alleged damages, and, except as specifically admitted, denies, generally and specifically, each and every remaining allegation of paragraph 2 of the Complaint.

3.      In response to paragraph 3 of the Complaint, Experian admits that it is a credit reporting agency. To the extent the allegations in paragraph 3 of the Complaint relate to entities other than Experian, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 3 of the Complaint.

4.      In response to paragraph 4 of the Complaint, Experian admits that it has received disputes from Plaintiffs regarding Experian's credit reporting.  Except as specifically admitted, Experian does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 4 of the Complaint and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 4 of the Complaint.

5.      In response to paragraph 5 of the Complaint, Experian does not have knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 5 of the Complaint.

6.      In response to paragraph 6 of the Complaint, Experian does not have knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 6 of the Complaint.

7.      In response to paragraph 7 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies each and every allegation therein.  Except as specifically

2

admitted, Experian does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 7 of the Complaint and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 7 of the Complaint.

8.      In response to paragraph 8 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies each and every allegation therein and denies that Experian is liable to Plaintiffs for any damages.  Except as specifically admitted, Experian does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 8 of the Complaint and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 8 of the Complaint.

9.      In response to paragraph 9 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies each and every allegation therein, denies that Experian violated, willfully or otherwise, any of Plaintiffs' rights, and denies that Experian is liable to Plaintiffs for any damages.  Except as specifically admitted, Experian does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 9 of the Complaint and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 9 of the Complaint.

**II.     JURISDICTION AND VENUE**

10.     In response to paragraph 10 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction based on the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 and 1331. Experian states that this is a legal conclusion which is not subject to denial or admission.

11.     In response to paragraph 11 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction based on 28 U.S.C. § 1367.  Experian states that this is a legal conclusion which is not subject to denial or admission.

12.    In response to paragraph 12 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction based on 28 U.S.C. § 2201.  Experian states that this is a legal conclusion which is not subject to denial or admission.

13.    In response to paragraph 13 of the Complaint, Experian admits that it resides and regularly conducts business in this District.  Except as specifically admitted, Experian states that paragraph 13 of the complaint contains legal conclusions which are not subject to denial or admission. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 13 and, on that basis, denies, generally and specifically, each and every allegation of paragraph 13 of the Complaint.

## III.    PARTIES

14.    In response to paragraph 14 of the Complaint, Experian does not have knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 14 of the Complaint.

15.    In response to paragraph 15 of the Complaint, Experian does not have knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 15 of the Complaint.

16.    In response to paragraph 16 of the Complaint, Experian does not have knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 16 of the Complaint.

17.    In response to paragraph 17 of the Complaint, Experian does not have knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 17 of the Complaint.

18.    In response to paragraph 18 of the Complaint, Experian does not have knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 18 of the Complaint.

19.    In response to paragraph 19 of the Complaint, Experian does not have knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 19 of the Complaint.

20.    Experian admits the allegations in paragraph 20 of the Complaint.

21.    In response to paragraph 21 of the Complaint, Experian does not have knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 21 of the Complaint.

22.    In response to paragraph 22 of the Complaint, Experian does not have knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 22 of the Complaint.

## IV.    FACTUAL ALLEGATIONS

20.    [*sic*] In response to paragraph 20 of the Complaint, Experian does not have knowledge or information sufficient to form a belief as to the truth of the allegations therein and,

5

on that basis, denies, generally and specifically, each and every allegation of paragraph 20 of the Complaint.

21.     In response to paragraph 21 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 21 of the Complaint.

22.     In response to paragraph 22 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 22 of the Complaint.

23.     In response to paragraph 23 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 23 of the Complaint.

24.     In response to paragraph 24 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 24 of the Complaint.

25.     In response to paragraph 25 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 25 of the Complaint.

26.     In response to paragraph 26 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 26 of the Complaint.

27.     In response to paragraph 27 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 27 of the Complaint.

28.    In response to paragraph 28 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 28 of the Complaint.

29.    In response to paragraph 29 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 29 of the Complaint.

30.    In response to paragraph 30 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 30 of the Complaint.

31.    In response to paragraph 31 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 31 of the Complaint.

32.    In response to paragraph 32 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 32 of the Complaint.

33.    In response to paragraph 33 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 33 of the Complaint.

34.    In response to paragraph 34 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 34 of the Complaint.

35.     In response to paragraph 35 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 35 of the Complaint.

36.     In response to paragraph 36 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 36 of the Complaint.

37.     In response to paragraph 37 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 37 of the Complaint.

38.     In response to paragraph 38 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 38 of the Complaint.

39.     In response to paragraph 39 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 39 of the Complaint.

40.     In response to paragraph 40 of the Complaint, Experian admits that a Toyota Motor Credit account is reported as charged off on Plaintiffs' credit report.  Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 40 of the Complaint.

41.     In response to paragraph 41 of the Complaint, Experian admits that it received disputes from Plaintiff Angela Grosso in September 2024.  Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the

allegations therein and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 41 of the Complaint.

42.     In response to paragraph 42 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 42 of the Complaint.

43.     In response to paragraph 43 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 43 of the Complaint.

44.     In response to paragraph 44 of the Complaint, Experian admits that it has received disputes from Plaintiffs.  Except as otherwise admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 44 of the Complaint.

45.     In response to paragraph 45 of the Complaint, to the extent that the allegations therein relate to Experian, Experian admits it received disputes from Plaintiffs, but otherwise denies the allegations therein.  To the extent the allegations in paragraph 45 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 44 of the Complaint.

46.     In response to paragraph 46 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 46 of the Complaint.

47.    In response to paragraph 47 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 47 of the Complaint.

48.    In response to paragraph 48 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 48 of the Complaint.

49.    In response to paragraph 49 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 49 of the Complaint.

50.    In response to paragraph 50 of the Complaint, to the extent the allegations therein relate to Experian, they are denied.  To the extent the allegations therein relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 50 of the Complaint.

51.    In response to paragraph 51 of the Complaint, Experian admits it has received disputes from Plaintiff Angela Grosso.  Except as specifically admitted, Experian  is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 51 of the Complaint.

52.    In response to paragraph 52 of the Complaint, to the extent the allegations therein relate to Experian, they are denied.  To the extent the relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the

allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 52 of the Complaint.

53.     In response to paragraph 53 of the Complaint, to the extent the allegations therein relate to Experian, they are denied.  To the extent the allegations therein relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 53 of the Complaint.

54.     In response to paragraph 54 of the Complaint, Experian admits it has received disputes from Plaintiff Camilla Grosso.  Except as specifically admitted, Experian  is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 54 of the Complaint.

55.     In response to paragraph 55 of the Complaint, to the extent the allegations therein relate to Experian, they are denied.  To the extent the allegations therein relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 55 of the Complaint.

56.     In response to paragraph 56 of the Complaint, to the extent the allegations therein relate to Experian or the accuracy of Experian's credit reporting, they are denied.  To the extent the allegations therein relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 56 of the Complaint.

11

57.     In response to paragraph 57 of the Complaint, to the extent the allegations therein relate to Experian or the accuracy of Experian's credit reporting, they are denied.  To the extent they relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 57 of the Complaint.

58.     In response to paragraph 58 of the Complaint, to the extent the allegations therein relate to Experian or the accuracy of Experian's credit reporting, they are denied.  To the extent the allegations therein relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 58 of the Complaint.

59.     In response to paragraph 59 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations  therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 59 of the Complaint.

60.     In response to paragraph 60 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations  therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 60 of the Complaint.

61.     In response to paragraph 61 of the Complaint, to the extent the allegations therein relate to Experian or the accuracy of Experian's credit reporting, they are denied.  To the extent the allegations therein relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 61 of the Complaint.

## V.     FIRST CAUSE OF ACTION

62.     In response to paragraph 62 of the Complaint, Experian admits that Plaintiffs incorporate by reference the allegations in the preceding paragraphs as if fully stated therein.

63. In response to paragraph 63 of the Complaint, including all subparts, Experian states that the allegations therein are legal conclusions which are not subject to admission or denial. To the extent a response is required and the allegations therein relate to Experian, they are denied. To the extent the allegations therein relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 63 of the Complaint.

64. In response to paragraph 64 of the Complaint, Experian states that the allegations therein are legal conclusions which are not subject to admission or denial. To the extent a response is required and the allegations therein relate to Experian, they are denied. To the extent the allegations therein relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 64 of the Complaint.

65. In response to paragraph 65 of the Complaint, to the extent the allegations therein relate to Experian, they are denied. To the extent the allegations therein relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 65 of the Complaint.

66. In response to paragraph 66 of the Complaint, Experian states that the allegations therein are legal conclusions which are not subject to admission or denial. To the extent a response is required and the allegations therein relate to Experian, they are denied. To the extent the allegations therein relate to entities other than Experian, Experian is without knowledge or

13

information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 66 of the Complaint.

67.    In response to paragraph 67 of the Complaint, to the extent the allegations therein relate to Experian, they are denied.  To the extent the allegations therein relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 67 of the Complaint.

68.    In response to paragraph 68 of the Complaint, to the extent the allegations therein relate to Experian, they are denied.  To the extent the allegations therein relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 68 of the Complaint.

## VI.    SECOND CAUSE OF ACTION

69.    In response to paragraph 69 of the Complaint, Experian admits that Plaintiffs incorporate by reference the allegations in the preceding paragraphs as if fully stated therein.

70.    In response to paragraph 70 of the complaint, Experian states that the FCRA speaks for itself.

71.    In response to paragraph 71 of the complaint, Experian states that the FCRA speaks for itself.

72.    In response to paragraph 72 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 72 of the Complaint.

73.     In response to paragraph 73 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 73 of the Complaint.

74.     In response to paragraph 74 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 74 of the Complaint.

75.     In response to paragraph 75 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 75 of the Complaint.

76.     In response to paragraph 76 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 76 of the Complaint.

### RESPONSE TO PRAYER FOR RELIEF

Experian denies, generally and specifically, that Plaintiffs are entitled to the relief sought, including all subparts.

### RESPONSE TO DEMAND FOR JURY TRIAL

Experian admits that Plaintiffs have demanded trial by jury on all issues triable.

### AFFIRMATIVE DEFENSES

In further response to Plaintiffs' Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiffs to the relief sought, or to any other relief whatsoever from Experian.

15

## SECOND AFFIRMATIVE DEFENSE

Experian is informed and believes and thereon alleges that all claims for relief or specific claims in the Complaint herein are barred by the applicable statutes of limitation and repose, including but not limited to 15 U.S.C. § 1681p.

## THIRD AFFIRMATIVE DEFENSE

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiffs was true.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to mitigate their damages.

## FIFTH AFFIRMATIVE DEFENSE

Any purported damages allegedly suffered by Plaintiffs are the results of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

## SIXTH AFFIRMATIVE DEFENSE

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiffs were, at least in part, caused by the actions of Plaintiffs themselves and/or third parties and resulted from Plaintiffs' or third parties' own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

## SEVENTH AFFIRMATIVE DEFENSE

Any damages which Plaintiffs may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiffs.  Therefore, Plaintiffs are estopped and barred from recovery of any damages.

## EIGHTH AFFIRMATIVE DEFENSE

The Complaint and each claim for relief therein that seeks equitable relief are barred by the doctrine of unclean hands.

16

## NINTH AFFIRMATIVE DEFENSE

Experian alleges on information and belief that Plaintiffs' claims may be the subject of one or more arbitration agreements between Plaintiffs and Experian.

## TENTH AFFIRMATIVE DEFENSE

At all relevant times, Experian has complied with all applicable laws, regulations, and standards.

## ELEVENTH AFFIRMATIVE DEFENSE

All claims against Experian barred by the qualified immunity of 15 U.S.C. § 1681h(e) should be dismissed.

## TWELFTH AFFIRMATIVE DEFENSE

The Complaint and each claim for relief therein are barred by laches.

## THIRTEENTH AFFIRMATIVE DEFENSE

Experian hereby gives notice that it intends to rely on any additional affirmative defenses that become available or apparent through discovery and/or the factual development in this case or otherwise, and thus reserves the right to amend its answer to assert such additional defenses.

## PRAYER FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

(1)     That Plaintiffs take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

(2)     For costs of suit and attorneys' fees herein incurred; and

(3)     For such other and further relief as the Court may deem just and proper.

17

Dated: March 13, 2026

Respectfully submitted,

*/s/ Connor G. Scholes*
Connor G. Scholes
 *Pro Hac Vice*

JONES DAY
100 High Street, 21st Floor
Boston, Massachusetts 02110-1781
Phone: 617.449.6834
Fax: 617.449.6999
Email: cscholes@jonesday.com


Seth W. Brewster
JENSEN BAIRD
P.O. Box 4150
Portland, ME 04112-4150
sbrewster@jensenbaird.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

18

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 13, 2026, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

Dated: March 13, 2026                              */s/ Connor G. Scholes*

Connor G. Scholes