**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE**

| | | |
|---|---|---|
| ANGELA GROSSO and CAMILLA GROSSO, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TOYOTA MOTOR CREDIT CORPORATION | ) | CIVIL ACTION NO. |
| d/b/a LEXUS FINANCIAL SERVICES, | ) | 2:25-cv-00630-LEW |
| EQUIFAX INFORMATION SERVICES LLC, | ) | |
| EXPERIAN INFORMATION SOLUTIONS, | ) | |
| INC., and TRANS UNION, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT TOYOTA MOTOR CREDIT CORPORATION D/B/A LEXUS
FINANCIAL SERVICES' SECOND UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

**COMES NOW** Defendant Toyota Motor Credit Corporation d/b/a Lexus Financial

Services ("TMCC"), by and through its undersigned counsel, specifically reserving its right to seek

arbitration of Plaintiffs Angela Grosso and Camilla Grosso's ("Plaintiffs") claims pursuant to the

Federal Arbitration Act, 9 U.S.C. §§ 1, *et seq.*, and moves this Court for a second extension of

time to respond to Plaintiffs' Complaint. In support, TMCC states as follows:

1.      On December 17, 2025, Plaintiffs initiated this action by filing a Complaint in this

Court.

2.      TMCC was served via process service on its registered agent on February 2, 2026.

3.      On February 20, 2026, TMCC filed its first Unopposed Motion for Extension of

Time to Respond to Complaint, which this Court granted by docket entry on February 23, 2026.

4.      Currently, TMCC's responsive pleading is due on or before March 25, 2026.

5.      Since the entry of the order, undersigned counsel for TMCC conferred with counsel

for Plaintiffs regarding an additional extension of time of twenty-one (21) days to file a responsive

66513233 v1

pleading. This extension will allow undersigned counsel and Plaintiffs' counsel to continue settlement negotiations, which remain ongoing. To avoid potentially unnecessary legal fees, TMCC respectfully requests that the Court extend its responsive pleading deadline by an additional twenty-one (21) days, through and including **April 15, 2026**.

6.     This motion is made in good faith and not for the purposes of undue delay, and no party will be prejudiced by the extension.

7.     This is TMCC's second request for an extension of time to respond to the Complaint.

8.     Plaintiffs' counsel has consented to this extension.

WHEREFORE, TMCC respectfully requests that this Court grant its request for an extension of time to respond to Plaintiffs' Complaint, up to and including **April 15, 2026**.

Respectfully submitted this the 23rd day of March, 2026.

/s/ Jackson C. Burrow
Jackson C. Burrow (*pro hac vice*)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone:    (205) 251-3000
Facsimile:    (205) 458-5100
jburrow@burr.com

Oliver Mac Walton
Christopher L. Brooks
DRUMMOND, WOODSUM & MACMAHON
84 Marginal Way, Suite 600
Portland, Maine 04101
Tel: (207) 253-0517
owalton@dwmlaw.com
cbrooks@dwmlaw.com

Attorneys for Defendant
TOYOTA MOTOR CREDIT CORPORATION
D/B/A LEXUS FINANCIAL SERVICES

66513233 v1                                         2