**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE**

|  |  |
|---|---|
| ANGELA GROSSO and CAMILLA GROSSO,<br><br>*Plaintiffs*,<br><br>v.<br><br>TOYOTA MOTOR CREDIT CORPORATION d/b/a LEXUS FINANCIAL SERVICES, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC<br><br>*Defendants*. | Civil Action No.: 2:25-cv-00630-LEW |

**<u>Joint Objection to Scheduling Order</u>**

Plaintiffs Angela and Camilla Grosso and Defendants Equifax Information Services LLC Experian Information Solutions, Inc. (the two remaining defendants) jointly object to the Scheduling Order with Incorporated Rule 26(f) Order (ECF 35) to the extent that it sets a schedule to which the parties do not reasonably they will be able to comply given their past experiences with similar cases involving the Fair Credit Report Act, 15 U.S.C. § 1681, et seq. and its state analogues.

FCRA matters are highly complex and require significant document discovery, which often takes weeks, or even months to complete.  Written discovery in these matters involves frequent discovery disputes and discovery from third parties is often required as well.  Multiple depositions will be necessary in this matter, and the deponents are commonly located in geographically dispersed areas, including outside the United States.  Further, fact discovery must be fully complete before the experts will be able to offer fully formed opinions.

The parties do not otherwise object to the limitations on discovery set forth in the Scheduling Order.  Counsel for Plaintiffs and Defendants conferred as required by the Scheduling

Order on April 14, 2026, and jointly propose the modified schedule accompanying this objection.

Moreover, pursuant to Local Rule 16.2(d), the parties are willing to participate in a scheduling

conference with the court if the court has concerns about the timeline set forth in the proposed

Scheduling Order.

We thank the Court for considering the above objection and the parties proposed alternative

case schedule.

Dated: April 20, 2026

Respectfully Submitted,

*/s/ Evan S. Rothfarb*
Evan S. Rothfarb
(Admitted *Pro Hac Vice*)
Schlanger Law Group, LLP
60 East 42nd Street, 46th Floor
New York, NY 10165
T: 212-500-6114
F: 646-612-7996
E: erothfarb@consumrprotection.net

Thomas A. Cox, Esq.
P.O. Box 1083
Yarmouth, Maine 04096
(207) 749-6671
tacsail@icloud.com

*Attorneys for Plaintiff*