**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| ANGELA GROSSO and CAMILLA GROSSO, *Plaintiffs*, v. TOYOTA MOTOR CREDIT CORPORATION d/b/a LEXUS FINANCIAL SERVICES, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC, *Defendants*. | Civil Action No.: 2:25-cv-00630-LEW |

**NOTICE OF SETTLEMENT-IN-PRINCIPLE**

Plaintiffs Angela Grosso and Camilla Grosso ("Plaintiffs") and Defendant Equifax Information Services LLC ("Equifax") give notice to the Court that Plaintiffs and Equifax have reached a settlement-in-principle in this case and are in the process of finalizing the relevant settlement documents.

The settlement is between Plaintiffs and Equifax only. Plaintiffs' case against the remaining Defendant continues.

In light of the foregoing, Plaintiffs and Equifax jointly request that all deadlines be stayed with regard to their respective obligations to one another pending finalization of the settlement. Plaintiffs and Equifax respectfully propose that they shall file a stipulation of dismissal (as to Equifax only) on or before June 14, 2026, and, if a stipulation is not filed by that date, shall provide the Court with a status report regarding finalization of settlement.

Dated: April 28, 2026

Respectfully Submitted,

*/s/ Evan S. Rothfarb*
Evan S. Rothfarb

(Admitted *Pro Hac Vice*)
Schlanger Law Group, LLP
60 East 42nd Street, 46th Floor
New York, NY 10165
T: 212-500-6114
F: 646-612-7996
E: erothfarb@consumrprotection.net

Thomas A. Cox, Esq.
P.O. Box 1083
Yarmouth, Maine 04096
(207) 749-6671
tacsail@icloud.com

*Attorneys for Plaintiffs*