**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

ANGELA GROSSO and CAMILLA GROSSO,

      *Plaintiffs*,

    v.

TOYOTA MOTOR CREDIT CORPORATION
d/b/a LEXUS FINANCIAL SERVICES,
EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., and TRANS UNION, LLC,

      *Defendants*.

Civil Action No.: 2:25-cv-00630-LEW

**NOTICE OF SETTLEMENT-IN-PRINCIPLE**

Plaintiffs Angela Grosso and Camilla Grosso ("Plaintiffs") and Defendant Experian Information Solutions, Inc. ("Experian") give notice to the Court that Plaintiffs and Experian have reached a settlement-in-principle in this case and are in the process of finalizing the relevant settlement documents.

The settlement is between Plaintiffs and Experian only.

In light of the foregoing, Plaintiffs and Experian jointly request that all deadlines be stayed with regard to their respective obligations to one another pending finalization of the settlement. Plaintiffs and Experian respectfully propose that they shall file a stipulation of dismissal (as to Experian only) on or before June 14, 2026, and, if a stipulation is not filed by that date, shall provide the Court with a status report regarding finalization of settlement.

Dated: April 28, 2026

          Respectfully Submitted,

          */s/ Evan S. Rothfarb*
          Evan S. Rothfarb
          (Admitted *Pro Hac Vice*)
          Schlanger Law Group, LLP

60 East 42nd Street, 46th Floor
New York, NY 10165
T: 212-500-6114
F: 646-612-7996
E: erothfarb@consumrprotection.net

Thomas A. Cox, Esq.
P.O. Box 1083
Yarmouth, Maine 04096
(207) 749-6671
tacsail@icloud.com

*Attorneys for Plaintiffs*

2