**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| ANGELA GROSSO and CAMILLA GROSSO,<br><br>*Plaintiffs*,<br><br>v.<br><br>TOYOTA MOTOR CREDIT CORPORATION d/b/a LEXUS FINANCIAL SERVICES, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,<br><br>*Defendants*. | Civil Action No.: 2:25-cv-00630-LEW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned, counsel for Plaintiffs Angela Grosso and Camilla Grosso, and counsel and Toyota Motor Credit Corporation d/b/a Lexus Financial Services ("TMCC"), respectively, hereby stipulate and agree as follows:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the settlement agreement between the parties, Plaintiffs dismiss this action with prejudice and without costs as against TMCC only. The parties shall bear their own costs and fees, including attorneys' fees. Nothing herein shall be deemed to limit, expand or in any way alter the rights of any party pursuant to the settlement agreement.

Dated:  May 15, 2026

| | |
|---|---|
| */s/ Evan S. Rothfarb*<br>Evan S. Rothfarb<br>(admitted *Pro Hac Vice*)<br>SCHLANGER LAW GROUP, LLP<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>T: 212-500-6114<br>F: 646-612-7996<br>E: erothfarb@consumerprotection.net | */s/ Jackson C. Burrow*<br>Jackson C. Burrow<br>(admitted *Pro Hac Vice*)<br>BURR & FORMAN LLP<br>420 North 20th Street, Suite 3400<br>Birmingham, AL 35203<br>Telephone: (205) 251-3000<br>Facsimile: (205) 458-5100<br>jburrow@burr.com |
| Thomas A. Cox<br>Thomas A. Cox, Esq., Me. Bar No. 1248 | Christopher L. Brooks<br>Oliver Mac Walton |

P.O. Box 1083
Yarmouth, Maine 04096
(207) 749-6671
tacsail@icloud.com

*Counsel for Plaintiffs*

DRUMMOND, WOODSUM &
MACMAHON
84 Marginal Way, Suite 600
Portland, Maine 04101
Tel: (207) 253-0517
cbrooks@dwmlaw.com
owalton@dwmlaw.com

*Counsel for Defendant Toyota Motor Credit
Corporation d/b/a Lexus Financial Services*

Dated:  _____

**SO ORDERED.**

_____
Hon. Lance E. Walker, U.S.D.J.

2