**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE**

ANGELA GROSSO and CAMILLA GROSSO,

*Plaintiffs*,

v.

TOYOTA MOTOR CREDIT CORPORATION
d/b/a LEXUS FINANCIAL SERVICES,
EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., and TRANS UNION, LLC,

*Defendants*.

Civil Action No.: 2:25-cv-00630-LEW

**Consent Motion to Extend Settlement Deadlines**

Plaintiffs Angela Grosso and Camilla Grosso, by and through their undersigned counsel, respectfully move this Court for an order extending the parties' time to finalize their settlement agreements and submit their stipulations of dismissal, or, in the alternative, dismissal of the action pursuant to Local Rule 41.1(a)(1).  In support of the motion, Plaintiffs state as follows:

1. Promptly after commencing this matter and the appearance of counsel for Defendants, the parties in the action engaged in multiple rounds of settlement discussions;

2. Following those exchanges, Plaintiffs and Defendants Toyota Motor Credit Corporation d/b/a Lexus Financial Services ("TMCC"), Equifax Information Services LLC ("Equifax"), Experian Information Solutions, Inc. ("Experian"), and Trans Union, LLC ("Trans Union"), respectively, submitted their Notices of Settlement in this action;

3. The Notice of Settlement between Plaintiffs and TMCC was filed on March 26, 2026 (ECF No. 33);

4. The Notice of Settlement between Plaintiffs and Trans Union was filed on April 15, 2026 (ECF No. 36);

5. On April 16, 2026, the Court filed a Procedural Order re: Settlement ordering Plaintiffs and Defendant Trans Union to complete settlement of this matter by May 20, 2026 and to cause to be filed a stipulation of dismissal of this matter (ECF No. 37);

6. The Notice of Settlement between Plaintiffs and Equifax was filed on April 28, 2026 (ECF No. 41).

7. The Notice of Settlement between Plaintiffs and Experian was filed on April 28, 2026 (ECF No. 42).

8. On April 29, 2026, the Court filed a Procedural Order re: Settlement ordering Plaintiffs and Defendants Equifax and Experian to complete settlement of this matter by June 14, 2026 and to cause to be filed a stipulation of dismissal of this matter (ECF No. 43);

9. On May 15, 2026, Plaintiffs and TMCC filed their Stipulation of Dismissal (ECF No. 44);

10. Although all parties have been working together diligently to draft their separate long-form settlement agreements and carry out their terms, the settlements are not yet finalized, and the parties require additional time to complete the settlement process; and

11. All parties consent to request an extension to file their stipulations of dismissal to July 21, 2026, or, in the alternative, dismissal of the action pursuant to Local Rule 41.1(a)(1).

2

WHEREFORE, for the foregoing reasons, with consent of all parties, Plaintiffs respectfully request an extension to July 21, 2026 for the parties to complete their settlements and file their respective stipulations of dismissal or, in the alternative, dismissal of the action pursuant to Local Rule 41.1(a)(1).

Dated: May 18, 2026

Respectfully Submitted,

*/s/ Evan S. Rothfarb*
Evan S. Rothfarb
(Admitted *Pro Hac Vice*)
Schlanger Law Group, LLP
60 East 42nd Street, 46th Floor
New York, NY 10165
T: 212-500-6114
F: 646-612-7996
E: erothfarb@consumrprotection.net

Thomas A. Cox, Esq.
P.O. Box 1083
Yarmouth, Maine 04096
(207) 749-6671
tacsail@icloud.com

*Attorneys for Plaintiff*

3