**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| ANGELA GROSSO and CAMILLA GROSSO, <br><br> Plaintiffs, <br><br> v. <br><br> TOYOTA MOTOR CREDIT CORPORATION d/b/a LEXUS FINANCIAL SERVICES, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Case No. 2:25-cv-00630-LEW |

**NOTICE OF APPEARANCE**

The Clerk will please enter my appearance on behalf of Defendant Trans Union, LLC in

the above-captioned action.

TRANS UNION, LLC

By its attorney,

Dated:  June 3, 2026            /s/ Alfred J.F. Morrow, III
                                       Alfred J.F. Morrow, III
                                       Attorney for Defendant
                                       Trans Union, LLC

JENSEN BAIRD
10 Free Street
P.O. Box 4150
Portland, ME 04112-4150
(207) 775-7271
amorrow@jensenbaird.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 3, 2026, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the parties registered with the CM/ECF system.


Dated:  June 3, 2026                           /s/ Alfred J.F. Morrow, III
                                               Alfred J.F. Morrow, III